Jerry C. Alexander
Texas Bar No. 00993500
Christopher A. Robison
Texas Bar No. 24035720
PASSMAN & JONES, P.C.
1201 Elm Street, Suite 2500
Dallas, Texas 75270-2599
P: (214) 742-2121
F: (214) 748-7949

Andrew B. Sommerman
Texas Bar No. 18842150
George (Tex) Quesada
Texas Bar No. 16427750
SOMMERMAN & QUESADA, L.L.P.
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219
P: (214) 720-0720
F: (214) 720-0184

Michael R. Rochelle
Texas Bar No. 17126700
Sean J. McCaffity
Texas Bar No. 24013122
ROCHELLE MCCULLOUGH L.L.P.
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Jerry Kenneth (J.Ken) Johnson, II
Texas Bar No. 10746300
FLEMING NOLEN JEZ L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
P: (713) 621-7944
F: (713) 621-9638

*Counsel for Plaintiff, Milo H. Segner, Jr.*
*As Liquidating Trustee of the PR Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 09-33886** |
| **PROVIDENT ROYALTIES, LLC,** *et al.*, | § | **Chapter 11** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

| | | |
|---|---|---|
| **MILO H. SEGNER, JR.,** as Liquidating Trustee of the PR Liquidating Trust, | § § | |
| **Plaintiff,** | § | |
| | § | **Adversary Case No. 11-03385-HDH** |
| v. | § | (previously pending in District Court |
| | § | as Case No. 3:12-CV-01318-B) |
| **RUTHVEN OIL & GAS, LLC,** | § | |
| **WENDELL HOLLAND,** | § | |
| **THE WENDELL AND** | § | |
| **KARI HOLLAND TRUST,** and | § | |
| **CIANNA RESOURCES, INC.** | § | |
| **Defendants.** | § | |

**TRUSTEE'S SUGGESTIONS REGARDING**
**SCHEDULING IN ADVERSARY PROCEEDING**

TO THE HONORABLE HARLIN D. HALE, BANKRUPTCY JUDGE:

  COMES NOW Milo H. Segner, Jr., as Liquidating Trustee of the PR Liquidating Trust,

Plaintiff, and would show the Court as follows:

**TRUSTEE'S COMMENTS REGARDING SCHEDULING IN ADVERSARY PROCEEDING**    **Page 1**

1. The parties to this Adversary Proceeding previously represented to the Court that a schedule for pre-trial matters could be agreed to between them, subject to this Court's own schedule and approval.

2. The parties have conferred and have been unable to reach agreement. Accordingly, the Trustee submits his scheduling suggestions for the Court's consideration in advance of the scheduling conference.

3. By its last scheduling order, dated April 4, the District Court had set this matter for trial on September 15; the Trustee believes that remains a viable and feasible trial date.

4. The Trustee understands from Defendant's counsel that it would prefer to move the trial date to December 1, and possibly well beyond that date.

5. The Trustee would be willing to accommodate the Defendants by moving the trial date to October 15, but it believes that any delay beyond that time is wasteful of time and money. All deadlines can be comfortably met by all parties for a trial commencing at that time.

6. The Trustee attaches the following chart, showing the deadlines in existence under the District Court's April 4 order, and the dates which he would suggest that this Court adopt.

| ACTION | April 4 Scheduling Order or FRCP Deadlines | Trustee's New Suggested Deadline |
|---|---|---|
| Plaintiffs to Designate Expert Witnesses and Produce Expert Reports | Closed[1] | Closed[1] |
| Defendants to Designate Expert Witnesses and Produce Expert Report | Closed[1] | Closed[1] |
| Fact Discovery Deadline | Closed[1] | Closed[1] |
| Plaintiffs to Designate Rebuttal Expert Witness and Produce Expert Report | Closed[1] | Closed[1] |
| Expert Discovery Deadline | Closed[1] | Closed[1] |

---

[1] The parties have agreements on certain discovery matters that are not before the court at this time and, by agreement, are not subject to the discovery cut off dates.

**TRUSTEE'S COMMENTS REGARDING SCHEDULING IN ADVERSARY PROCEEDING**               **Page 2**

| Deadline for Parties to Amend Pleadings | May 16 | June 5 |
|---|---|---|
| Response Due to Trustee's MSJ[2] | May 12 | June 16 |
| Reply Brief by Trustee on MSJ | May 22 | June 26 |
| Hearing on Defendant's Motion to Designate Roossien as Responsible Party | No hearing requested by Defendants | July 1 |
| Daubert Motions and Dispositive Motions [3] | July 1 | July 11 |
| Hearing on Trustee's MSJ | None | July 15 |
| Response to *Daubert* Motions and Dispositive Motions | August 1 | August 1 |
| Mediation Deadline | July 1 | August 7[4] |
| Identify Trial Witnesses | August 15 | August 15 |
| Joint Pre-Trial Order | August 15 | August 15 |
| Motions in Limine | September 1 | September 1 |
| Trial | September 15 | September 15[5] |

Dated: May 27, 2014

        Respectfully submitted,
        Milo H. Segner, Jr., as Liquidating Trustee
        of the PR Liquidating Trust, Plaintiff

        /s/ Michael R. Rochelle
        One of His Counsel

Of Counsel:

| | |
|---|---|
| Jerry C. Alexander | Andrew B. Sommerman |
| Texas Bar No. 00993500 | Texas Bar No. 18842150 |
| Christopher A. Robison | George (Tex) Quesada |
| Texas Bar No. 24035720 | Texas Bar No. 16427750 |
| PASSMAN & JONES, P.C. | SOMMERMAN & QUESADA, L.L.P. |
| 1201 Elm Street, Suite 2500 | 3811 Turtle Creek Blvd., Suite 1400 |
| Dallas, Texas 75270-2599 | Dallas, Texas 75219 |
| P: (214) 742-2121 | P: (214) 720-0720 |
| F: (214) 748-7949 | F: (214) 720-0184 |

---

[2] Under Local Rule 7.1.e., Defendants' Response was due on May 12. Prior to Judge Boyle's order vacating all deadlines, the Trustee had agreed to extend the response deadline to June 2. The Trustee is willing to further extend the time to June 16, at Defendants' request.
[3] If Daubert or dispositive motions are filed before the deadline, then responses are due in 24 days and replies are due 14 days after responses, consistent with the standard procedural rules.
[4] Judge Ashworth, agreeable to both sides, is available to mediate if confirmed promptly.
[5] Or such other date as may be directed by the Court.

**TRUSTEE'S COMMENTS REGARDING SCHEDULING IN ADVERSARY PROCEEDING**      **Page 3**

| | |
|---|---|
| Michael R. Rochelle<br>Texas Bar No. 17126700<br>Sean J. McCaffity<br>Texas Bar No. 24013122<br>Rochelle McCullough L.L.P.<br>325 N. St. Paul, Suite 4500<br>Dallas, Texas 75201<br>P: (214) 953-0182<br>F: (214) 953-0185 | Jerry Kenneth (J.Ken) Johnson, II<br>Texas Bar No. 10746300<br>Fleming Nolen Jez L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, Texas 77056<br>P: (713) 621-7944<br>F: (713) 621-9638 |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record for Defendants has elected to receive electronic service, which will accordingly be accomplished automatically upon the filing hereof.

/s/ Michael R. Rochelle
_____