| | |
|---|---|
| John H. Carney | Jeff P. Prostok |
| State Bar No. 03832200 | State Bar No. 16352500 |
| Andrew G. Counts | J. Robert Forshey |
| State Bar No. 24036408 | State Bar No. 07264200 |
| JOHN H. CARNEY & ASSOCIATES | Suzanne K. Rosen |
| One Meadow Building | State Bar No. 00798518 |
| 5005 Greenville Avenue, Suite 200 | FORSHEY & PROSTOK, LLP |
| Dallas, Texas 75206 | 777 Main Street, Suite 1290 |
| (214) 368-8300 – Telephone | Fort Worth, TX 76102 |
| (214) 363-9979 – Facsimile | Telephone: (817) 877-8855 |
| | Facsimile: (817) 877-4151 |

ATTORNEYS FOR DEFENDANTS RUTHVEN OIL & GAS, LLC, WENDELL HOLLAND, THE WENDELL AND KARI HOLLAND TRUST, AND CIANNA RESOURCES, INC.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 Case |
| PROVIDENT ROYALTIES, LLC, *et al.*, | ) Case No. 09-33886-hdh-11 |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| MILO H. SEGNER, JR., as Liquidating Trustee of the PR Liquidating Trust, | ) |
| | ) |
| Plaintiff, | ) Adversary No. 11-03385-hdh |
| | ) |
| v. | ) |
| | ) |
| RUTHVEN OIL & GAS, LLC, WENDELL HOLLAND, THE WENDELL AND KARI HOLLAND TRUST, and CIANNA RESOURCES, INC., | ) |
| | ) |
| Defendants. | ) |

### RUTHVEN OIL & GAS, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

Comes now defendant, Ruthven Oil & Gas, LLC ("Ruthven"), and files this its Response

---
Defendants' Response to Plaintiff's Motion for Partial Summary Judgment                                                                            Page 1

to the Motion for Partial Summary Judgment [Docket No. 72] ("Motion") filed by Plaintiff Milo H. Segner, Jr. ("Plaintiff").

### I. Response

1. Pursuant to Rule 7056-1(d) of the Local Rules of Bankruptcy Procedure, the legal and factual grounds upon which Ruthven relies in opposing the Motion are set forth at length in its Brief.

### II. Supporting Brief

2. In accordance with Rule 7056-1(e) of the Local Rules of Bankruptcy Procedure, this Response is supported by a separate Brief (the "Brief") setting forth Ruthven's the contentions of fact and/or law, and arguments and authorities, in support of this Response.

### III. Supporting Appendix

3. In accordance with LBR 7056-1(f), this Response is supported by an Appendix. Citations herein and in the Brief to Ruthven's Appendix are reflected as "Def. Appx." followed by the relevant page number(s). The materials included in Ruthven's Appendix include the following:

| Tab | Description | Page Nos. |
|---|---|---|
| | **APPENDIX MATERIALS** | |
| 1. | Declaration of Daniel L. Jackson | 000001-000015 |
| 2. | Attachment 1: Expert Report of Daniel L. Jackson dated November 15, 2013 as amended by Supplemental Expert Report, dated March 11, 2014. | 000016-000097 |
| | Supplemental Expert Report of Daniel L. Jackson, dated March 11, 2014 | 000098-000106 |
| 3. | Attachment 2: Expert Report of Daniel L. Jackson, dated April 9, 2012 | 000107-000185 |
| 4. | Declaration of David N. Phelps in Support of First Day Motions | 000186-000212 |
| 5. | Revolving Promissory Note and Loan Agreement dated October 12, 2007 | 000213-000249 |

| Tab | Description | Page Nos. |
|---|---|---|
| 6. | Declaration of Mark Miller | 000250-000270 |
|  | Miller Exhibits 1 | 000271-000670 |
|  | Miller Exhibits 2 | 000671-001020 |
|  | Miller Exhibits 3 | 001021-001329 |
| 7. | Declaration of H.R. Smith | 001330-001339 |
| 8. | Declaration of Debbie Laprade | 001340-001341 |
| 9. | Declaration of Dennis Palmer | 001342-001345 |
| 10. | Declaration of Loretta Ponce | 001346-001348 |
| 11. | Confidential Private Placement Memorandum by Provident Royalties, LLC | 001349-001376 |
| 12. | S&P Preferred Stock Primer | 001377-001385 |
| 13. | Deposition of Dennis L. Roossien, Jr. dated June 30, 2014 | 001386-001409 |
| 14. | Affidavit of Wendell Patrick Holland | 001410-001465 |
| 15. | Broker Agreement | 001466-001497 |
| 16. | Sub-Broker Agreement | 001498-001516 |
| 17. | Master Purchase and Sale Agreement | 001517-001524 |
| 18. | Adoption Agreements pages 1-500 | 001525-002024 |
|  | Adoption Agreements pages 501-750 | 002025-002274 |
|  | Adoption Agreements pages 751-1217 | 002275-002741 |
| 19. | Owen M. Barnhill June 24, 2014 Deposition Excerpts | 002742-002783 |
| 20. | Barnhill Expert Report dated November 7, 2013 | 002784-002798 |
| 21. | John P. Coughlon June 9, 2014 Deposition Excerpts | 002799-002826 |
| 22. | Coughlon's Initial Spindletop Opinion dated January 22, 2014 | 002827-002845 |
| 23. | Coughlon's CV and Summary dated February 11, 2014 | 002846-002849 |
| 24. | FINRA Examination Final Letter dated December 22, 2008 | 002850-002854 |
| **CASES IN BRIEF WITH LEXIS CITATIONS** | | |
| 25. | *Gold v. First Tenn. Bank, N.A. (In re Taneja)*, 2012 Bankr. LEXIS 3554 (July 30, 2012) | 002855-002871 |
| 26. | *Kapila v. Phillips Buick-Pontiac-GMC Truck, Inc. (In re ATM Fin. Servs., LLC)*, 2011 Bankr. LEXIS 2394, (Bankr. M.D. Fla. June 24, 2011) | 002872-002882 |

| Tab | Description | Page Nos. |
|---|---|---|
| 27. | *O'Chesky v. Horton (In re Am. Hous. Found.)*, 2011 Bankr. LEXIS 3837 (Bankr. N.D. Tex. Sept. 30, 2011) | 002883-002911 |
| 28. | *SEC v. Management Solutions, Inc.*, Civil No. 2:11-CV-1165-BSJ, 2013 U.S. Dist. LEXIS 120277 (D. Utah Aug. 22, 2013) | 002912-002933 |
| 29. | *Smith v. Woodforest Nat'l Bank (In re IFS Fin. Corp.)*, 2007 Bankr. LEXIS 4708 (Bankr. S.D. Tex. May 3, 2007) | 002934-002941 |
| 30. | *Templeton v. O'Chesky (In re Am. Housing Found., Inc.)*, 2014 U.S. Dist. LEXIS 51415 (N.D. Tex. Apr. 11, 2014) | 002942-002945 |
| 31. | *Welt v. Publix Super Markets, Inc. (In re Phoenix Diversified Inv. Corp.)*, 2011 Bankr. LEXIS 4100 (Bankr. S.D. Fla. June 2, 2011) | 002946-002952 |
| 32. | *Williams v. BBVA Compass Bank (In re Positive Health Mgmt.)*, 2012 U.S. Dist. LEXIS 127520 (S.D. Tex. Sept. 7, 2012) | 002953-002955 |

4. In addition, Defendants sometimes cite to material included in the Plaintiff's Appendix in Support of Trustee's Motion for Partial Summary Judgment [Docket No. 74]. Citations herein and in the Brief to Plaintiff's Appendix are reflected as "Plaint. Appx." followed by the relevant page number(s).

## PRAYER FOR RELIEF

Ruthven respectfully requests that the Court enter an order denying the Motion in its entirety and granting Ruthven all such other and further relief to which it may be justly entitled.

Dated: July 18, 2014

Respectfully Submitted,

/s/ Jeff P. Prostok
Jeff P. Prostok
State Bar No. 16352500
J. Robert Forshey
State Bar No. 07264200
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK, LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

-and-

John H. Carney
State Bar No. 03832200
Andrew G. Counts
State Bar No. 24036408
JOHN H. CARNEY & ASSOCIATES
One Meadow Building
5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
(214) 368-8300 – Telephone
(214) 363-9979 – Facsimile

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via ECF Electronic Notice, via first class mail, and via email on the parties listed below on this the 18th day of July, 2014.

| | |
|---|---|
| J. Kenneth Johnson, II<br>Fleming, Nolen & Jez LLP<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>ken_johnson@fleming-law.com | Jerry C. Alexander<br>Passman & Jones PC<br>1201 Elm Street, Suite 2500<br>Dallas, TX 75270<br>alexanderj@passmanjones.com |
| Andrew B. Sommerman<br>Sommerman & Quesada<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, TX 75219<br>asommerman@textrial.com | Michael R. Rochelle<br>Rochelle Hutcheson & McCullough<br>325 N. St. Paul St., Suite 4500<br>Dallas, TX 75201<br>buzz.rochelle@romclawyers.com |

/s/ Jeff P. Prostok
Jeff P. Prostok

L:\JPROSTOK\Carney & Assoc. (Segner v Ruthven et al) #5698\11-03385-hdh ADV (Segner v. Ruthven)\Pleadings\Response to Plaintiff's MSJ (7.18.14).docx