## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PROVIDENT ROYALTIES, LLC, *et al.*, | § | Case No. 09-33886 |
| | § | **Chapter 11** |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |
| MILO H. SEGNER, JR., as Liquidating | § | |
| Trustee of the PR Liquidating Trust, | § | |
| | § | |
| Plaintiff, | § | |
| | § | **Adversary Case No. 11-03385-HDH** |
| v. | § | (Previously pending in District Court |
| | § | as Case No. 3:12-cv-1318-F) |
| | § | |
| RUTHVEN OIL & GAS, LLC, | § | |
| WENDELL HOLLAND, | § | |
| THE WENDELL AND KARI | § | |
| HOLLAND TRUST, and | § | |
| CIANNA RESOURCES, INC. | § | |
| | § | |
| Defendants. | § | |

## LIQUIDATING TRUSTEE'S MOTION TO EXCLUDE
## EXPERT TESTIMONY OF JOHN P. DICK

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Milo H. Segner, Jr., as Trustee of the PR Liquidating Trust, ("Plaintiff" or "Trustee"), and files this Motion to Exclude the Expert Testimony of John P. Dick, and would show the Court the following:

**1.00    LEGAL AND FACTUAL GROUNDS ON WHICH PLAINTIFF RELIES**

The legal and factual grounds on which Plaintiff relies are set forth in detail in Plaintiff's brief, filed concurrently herewith.

**2.00. APPENDIX**

Plaintiff's brief is supported and accompanied by an appendix containing the evidence on which Plaintiff relies.

**3.00 PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that this Court grant Plaintiff's Motion to Exclude Expert Testimony of John P. Dick and for such other and further relief to which he may himself be justly entitled.

Respectfully submitted,

*/s/ Andrew B. Sommerman*

| | |
|---|---|
| Andrew B. Sommerman<br>Texas Bar No. 18842150<br>George (Tex) Quesada<br>Texas Bar No. 16427750<br>Sean J. McCaffity<br>Texas Bar No. 24013122<br>**SOMMERMAN, MCCAFFITY & QUESADA, L.L.P.**<br>3811 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219<br>P: (214) 720-0720<br>F: (214) 720-0184<br><br>Jerry C. Alexander<br>Texas Bar No. 00993500<br>Christopher A. Robison<br>Texas Bar No. 24035720<br>**PASSMAN & JONES, P.C.**<br>1201 Elm Street, Suite 2500<br>Dallas, Texas 75270-2599<br>P: (214) 742-2121<br>F: (214) 748-7949 | Michael R. Rochelle<br>Texas Bar No. 17126700<br>**ROCHELLE MCCULLOUGH LLP**<br>325 N. St. Paul, Suite 4500<br>Dallas, Texas 75201<br>P: (214) 953-0182<br>F: (214) 953-0185<br><br>Jerry Kenneth (J. Ken) Johnson, II<br>Texas Bar No. 10746300<br>**FLEMING, NOLEN & JEZ, L.L.P.**<br>2800 POST OAK BLVD., SUITE 4000<br>HOUSTON, TEXAS 77056<br>(713) 621-7944 (OFFICE)<br>(713) 621-9638 (FAX) |

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify this 18th day of October, 2016 that a copy of the foregoing document was filed electronically in compliance with L.B.R. 7005-1. Therefore, this document was served on all counsel receiving electronic service in this case.

                                              */s/ Andrew B. Sommerman*
                                              Andrew B. Sommerman